■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR MARTINEZ, Appellant.—Judgment, Supreme Court, Bronx County (Frank Diaz, J.), rendered February 5, 1991, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and sentencing him to a prison term of 2½ to 5 years, unanimously affirmed.

Denial of defendant's motion to withdraw his guilty plea was a sound exercise of the sentencing court's discretion *(see, People v Arias,* 161 AD2d 176). Defendant, who was represented at argument of the motion by new counsel *(see, People v Dixon,* 29 NY2d 55, 56), presented only generalized allegations of duress and innocence that did not warrant a full evidentiary hearing *(see, People v Hughes,* 156 AD2d 130, *lv denied* 75 NY2d 920). Concur—Wallach, J. P., Kupferman, Asch and Rubin, JJ.